ZIPE ROCKOVE, Appellant, v. SAM GOLD, Respondent and Others, Defendants.— Order of the County Court of Kings county dismissing complaint and directing plaintiff to assign mortgage reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No answer had been served. The court had no power to dispose of the application summarily

before issue joined. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.